# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| THOMAS EUGENE HOUSTON, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) | CV416-221 |
| JOSE MORALES, | ) ) ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

After Thomas Eugene Houston filed his 28 U.S.C. § 2254 petition, doc. 1, the Clerk sent him a Deficiency Notice regarding his $5 filing fee. Doc. 3. The Notice gave Houston until September 2, 2016 to either pay the fee or move for leave to proceed *in forma pauperis*. *Id.* In that he has done neither, this case should be **DISMISSED**.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to

file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonett v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED**, this 31st day of October, 2016.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**